UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LISA D. PIKE
    **Plaintiff**

**VERSUS**

OFFICE OF ALCOHOL AND TOBACCO
CONTROL OF THE LOUISIANA DEPARTMENT OF
REVENUE
    **Defendant**

C.A. NO. _____

JUDGE

MAGISTRATE

## NOTICE OF REMOVAL BY DEFENDANT

The Office of Alcohol and Tobacco Control of Louisiana (hereafter referred to as the "ATC") seeks the removal of this cause from the Nineteenth Judicial District Court for the Parish of East Baton Rouge to the United States District Court for the Middle District of Louisiana, and respectfully represents:

1.

The ATC is a defendant in a civil suit brought against it in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, entitled *"Lisa D. Pike v. Office of Alcohol and Tobacco Control of the Louisiana Department of Revenue"* and given docket number 631877.

### I. The Notice of Removal is Timely

2.

The action was commenced by filing on July 8, 2014.

3.

The ATC through the Department of Revenue was served with the petition on July 22, 2014.

4.

Thirty days have not expired since the receipt by the ATC, the only defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

5.

One year has not expired since the commencement of the action. Consequently the notice of removal is timely filed under 28 USC §1446(b).

## II. There is Jurisdiction based on Federal Question

6.

Plaintiff alleges a claim for disability discrimination and retaliation under federal law, the Americans With Disabilities Act ("ADA"), 42 U.S.C. § 12101, and more specifically 42 U.S.C. §§ 12112 and 12203. (Complaint, ¶ 4.)

7.

This Court therefore has original jurisdiction over this case through federal question, 28 U.S.C. §1331.

## III. Compliance with Procedure for Removal of Civil Actions

8.

Pursuant to 28 USC §1446(a), the ATC attaches to this removal as Exhibit "A," a copy of all process, pleadings and orders filed in the state court action. No pleadings,

orders, or other process have been served on defendant.

9.

Concurrent with the filing of this notice of removal, defendant is giving written notice of the notice of removal to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, and to counsel for Plaintiff.

**WHEREFORE**, petitioner, the Office of Alcohol and Tobacco Control, prays this Court order this cause removed from the Nineteenth Judicial District Court for the Parish of East Baton Rouge, to the United States District Court for the Middle District of Louisiana, as provided by law and thereupon proceed with this civil action as if it had originally been commenced in this court.

Respectfully Submitted:

/s/ Renee Culotta
Renee Culotta (La. Bar No. 24436), T.A.
Mary E. Jeanfreau (La. Bar No. 35183)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8085
Facsimile: (504) 599-8100
E-Mail: rculotta@frilot.com
E-Mail: ljeanfreau@frilot.com

COUNSEL FOR
Office of Alcohol and Tobacco Control of the
Louisiana Department of Revenue

## CERTIFICATE OF SERVICE

I certify that I have on this 15th day of August, 2014, delivered a copy of this pleading to counsel for all parties, namely:

> **J. Arthur Smith, III**
> **830 North Street**
> **Baton Rouge, LA 70802**
> **Email: jasmith@authursmith.com**

Via First Class United States Mail, proper postage prepaid.

/s/ Renee Culotta