UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LISA D. PIKE | CIVIL ACTION NO. 14-CV-511 |
| VERSUS | JUDGE JOHN W. deGRAVELLES |
| OFFICE OF ALCOHOL AND TOBACCO CONTROL OF THE LOUISIANA DEPARTMENT OF REVENUE | MAG. JUDGE STEPHEN C. RIEDLINGER |

## RULING AND ORDER

IT IS ORDERED that the Ex Parte Motion for Leave to File Reply Memorandum in Support of ATC's Motion to Exclude Late-Disclused Witnesses (Doc. 32) is GRANTED, and the reply memorandum is filed into the record.

IT IS FURTHER ORDERED that the ATC's Motion to Exclude Late-Disclosed Witnesses (Doc. 24) ("Motion to Exclude") is GRANTED IN PART AND DENIED IN PART.  The Motion to Exclude is DENIED as to those witnesses whose identifies were made known in written discovery.  The Motion to exclude is GRANTED as to those witnesses whose identities were made known during depositions.  The parties will be given an additional 60 days to depose these witnesses.

Signed in Baton Rouge, Louisiana, on December 2, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1