UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LISA D. PIKE** | **CIVIL ACTION NO. 14-511-JWD-EWD** |
| **VERSUS** | **JUDGE JOHN W. deGRAVELLES** |
| **OFFICE OF ALCOHOL AND TOBACCO CONTROL OF THE LOUISIANA DEPARTMENT OF REVENUE** | **MAG. JUDGE Erin Wilder-Doomes** |

## 60-DAY ORDER OF DISMISSAL

A Notice of Settlement have been filed herein, (Doc. 116);

**IT IS ORDERED** that the above listed action is hereby **DISMISSED**, without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

Signed in Baton Rouge, Louisiana, on <u>July 7, 2016</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**